| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Armen Jr., Robert N. | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>04/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Special Trial Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 Second St., N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee (testamentary trust of family member (see Parts VII. & VIII.)) | testamentary trust created by a deceased family member |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Resources stock | C | Dividend | L | T | Buy (add'l) | 04/02/15 | K | | |
| 2. Dominion Resources stock | C | Dividend | L | T | Buy (add'l) | 11/12/15 | J | | |
| 3. AT&T stock | C | Dividend | L | T | | | | | |
| 4. Marathon Oil Corporation stock | C | Dividend | M | T | | | | | |
| 5. Marathon Petroleum Corporation stock | C | Dividend | M | T | | | | | |
| 6. Glaxo-Smith-Klein stock | A | Dividend | J | T | | | | | |
| 7. Prudential Financial Inc. stock | A | Dividend | J | T | | | | | |
| 8. American Electric Power stock | B | Dividend | K | T | | | | | |
| 9. Walt Disney Company stock | A | Dividend | K | T | | | | | |
| 10. Chevron Corporation stock | C | Dividend | M | T | | | | | |
| 11. NRG Energy Inc. stock | A | Dividend | J | T | | | | | |
| 12. Frontier Communication Inc. stock | A | Dividend | J | T | | | | | |
| 13. PPG Industries Inc. stock | B | Dividend | K | T | | | | | |
| 14. PPL Corporation stock (fka PA Power & Light) | D | Dividend | M | T | | | | | |
| 15. Talen Energy Corporation stock | A | Dividend | J | T | Spinoff (from line 14) | 06/01/15 | J | | |
| 16. Merck & Company stock | A | Dividend | K | T | | | | | |
| 17. U.S. Steel Corporation stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CenterPoint Energy Inc. stock | C | Dividend | L | T | | | | | |
| 19. Verizon Communications Inc. stock | D | Dividend | M | T | | | | | |
| 20. Comcast Corporation stock | A | Dividend | K | T | | | | | |
| 21. Teco Energy Inc. stock | A | Dividend | K | T | | | | | |
| 22. Exxon-Mobil Corporation stock | B | Dividend | K | T | | | | | |
| 23. Royal Dutch Shell PLC stock | B | Dividend | K | T | Buy | 01/26/15 | K | | |
| 24. Apple Inc. stock | A | Dividend | K | T | | | | | |
| 25. Dreyfus Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 26. Dreyfus Disciplined Stock Fund | C | Dividend | K | T | | | | | |
| 27. Dreyfus GNMA Fund | A | Dividend | | | Sold | 05/11/15 | K | A | |
| 28. Dreyfus Opportunistic Mid-Cap Value Fund | A | Dividend | K | T | Buy | 05/11/15 | K | | |
| 29. T. Rowe Price International Stock Fund | B | Dividend | K | T | | | | | |
| 30. T. Rowe Price Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 31. T. Rowe Price VA Tax-Free Bond Fund | C | Dividend | L | T | Buy (add'l) | 03/20/15 | J | | |
| 32. T. Rowe Price VA Tax-Free Bond Fund | C | Dividend | L | T | Buy (add'l) | 04/10/15 | K | | |
| 33. T. Rowe Price VA Tax-Free Bond Fund | C | Dividend | L | T | Buy (add'l) | 04/24/15 | J | | |
| 34. T. Rowe Price VA Tax-Free Bond Fund | C | Dividend | L | T | Buy (add'l) | 10/30/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price VA Tax-Free Bond Fund | C | Dividend | L | T | Buy (add'l) | 11/19/15 | J | | |
| 36. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 37. Vanguard Long-Term Municipal Bond Fund | D | Dividend | M | T | Buy (add'l) | 11/19/15 | J | | |
| 38. Vanguard International Growth Fund | C | Dividend | L | T | | | | | |
| 39. Vanguard Index Fund - Small Cap Portfolio Fund | C | Dividend | L | T | | | | | |
| 40. Third Avenue Value Fund | A | Dividend | | | Sold | 04/13/15 | K | B | |
| 41. Mairs & Power Growth Fund | A | Dividend | J | T | | | | | |
| 42. Columbia Value & Restructuring Fund | B | Dividend | K | T | Buy (add'l) | 04/20/15 | J | | |
| 43. Columbia Value & Restructuring Fund | B | Dividend | K | T | Buy (add'l) | 04/27/15 | J | | |
| 44. Columbia Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 45. DWS Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 46. Delaware Health Care Fund | D | Dividend | L | T | | | | | |
| 47. Fidelity Over-the-Counter Fund | B | Dividend | K | T | | | | | |
| 48. Invesco Corporate Bond Fund | A | Dividend | | | Sold | 04/13/15 | J | A | |
| 49. Capital One Bank | A | Interest | L | T | | | | | |
| 50. Senate Federal Credit Union | A | Interest | K | T | | | | | |
| 51. Bank of Scotland/ Halifax PLC | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Government obligations | B | Interest | K | T | | | | | |
| 53. Bank of Lancaster | A | Interest | K | T | | | | | |
| 54. Raymond James Bank | A | Interest | J | T | Sold (part) | 04/01/15 | L | A | |
| 55. Raymond James Bank | A | Interest | J | T | Sold (part) | 09/17/15 | K | A | |
| 56. PNC Bank | A | Interest | K | T | | | | | |
| 57. Aberdeen Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 58. Morgan-Stanley Emerging Markets Fund (MSF) | A | Dividend | J | T | | | | | |
| 59. Vanguard REIT Index Portfolio Fund | C | Dividend | L | T | | | | | |
| 60. Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 61. Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 62. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 63. Vanguard Index Trust - European Stock Portfolio Fund | A | Dividend | K | T | | | | | |
| 64. Vanguard Growth & Income Fund | A | Dividend | J | T | | | | | |
| 65. Vanguard Balanced Index Fund | A | Dividend | K | T | | | | | |
| 66. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 67. Vanguard Long-Term Corporate Bond Fund | B | Dividend | K | T | | | | | |
| 68. Vanguard Health Care Fund | D | Dividend | M | T | Buy (add'l) | 01/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Health Care Fund | D | Dividend | M | T | Buy (add'l) | 04/24/15 | J | | |
| 70. Vanguard Energy Fund | A | Dividend | J | T | Buy (add'l) | 01/10/15 | J | | |
| 71. Vanguard Diversified Equity Fund | B | Dividend | K | T | | | | | |
| 72. Vanguard Balanced Index Fund | A | Dividend | J | T | | | | | |
| 73. Vanguard High Dividend Yield Index Fund | A | Dividend | J | T | | | | | |
| 74. Vanguard Mid-Cap Index Fund | A | Dividend | J | T | | | | | |
| 75. Invesco Developing Markets Fund (GTDDX) | A | Dividend | J | T | | | | | |
| 76. Diversified Real Asset Inc. stock | A | Dividend | J | T | | | | | |
| 77. Tecumseh Products Company (Class B) stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 78. DSP Group Inc. stock | A | Dividend | | | Sold (part) | 01/16/15 | J | A | |
| 79. DSP Group Inc. stock | A | Dividend | | | Sold | 02/10/15 | J | A | |
| 80. Goodrich Petroleum Corporation notes | A | Interest | | | Sold | 05/29/15 | J | A | |
| 81. Clayton Williams Energy Inc. notes | A | Interest | | | Sold | 05/11/15 | J | A | |
| 82. MVC Capital Inc. notes | A | Interest | J | T | | | | | |
| 83. Resolute Energy Corporation notes | A | Interest | | | Sold | 06/01/15 | J | A | |
| 84. Oxford Lane Capital Corporation stock | A | Dividend | J | T | | | | | |
| 85. Comstock Resources Inc. notes | A | Interest | K | T | Buy | 01/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Comstock Resources Inc. notes | A | Interest | K | T | Buy (add'l) | 01/21/15 | J | | |
| 87. BPZ Resources Inc. notes | A | Interest | J | T | Sold (part) | 05/29/15 | K | A | |
| 88. Market Vectors Gold Miner ETF TR (GDX) | A | Dividend | J | T | | | | | |
| 89. Aeropostale stock | A | Dividend | | | Sold | 02/10/15 | J | A | |
| 90. Lai Sun Development Company Ltd stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 91. Rosetta Stone Inc. stock | A | Dividend | | | Sold | 05/29/15 | K | A | |
| 92. BPZ Resources Inc. stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 93. Seachange International Inc. stock | A | Dividend | | | Sold | 05/29/15 | K | B | |
| 94. Sizmek Inc. stock | A | Dividend | | | Sold | 05/29/15 | K | B | |
| 95. Covisint Corp. stock - buy | A | Dividend | | | Buy (add'l) | 02/27/15 | J | | |
| 96. Covisint Corp. stock - sell | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 97. Athabasca Oil Corp. stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 98. WCI CMNTYS Com stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 99. Enernac Inc. stock | A | Dividend | | | Sold | 08/06/15 | J | A | |
| 100. Sandstorm Gold Limited Com NEW stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 101. QEP Res Inc. stock | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 102. Paratek Pharmaceuticals Inc. - buy | A | Dividend | | | Buy | 04/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Paratek Phasmaceuticals Inc. - sell | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 104. IBM stock - buy | A | Dividend | | | Buy | 02/11/15 | J | | |
| 105. IBM stock - sell | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 106. Roumell Opportunistic Value Fund - Institutional Class N/L (RAMSX) | B | Int./Div. | M | T | Buy | 06/01/15 | M | | |
| 107. Vanguard Health Care Fund (see Part VIII) | B | Dividend | K | T | | | | | |
| 108. Vanguard Long-Term Bond Index Fund (see Part VIII) | B | Dividend | K | T | | | | | |
| 109. Vanguard Long-Term Tax-Exempt Fund (see Part VIII) | B | Dividend | K | T | | | | | |
| 110. Vanguard Prime Money-Market Fund (see Part VIII) | A | Interest | J | T | | | | | |
| 111. AT&T stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 112. Chevron Corporation. stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 113. Dominion Resources stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 114. PPL Corporation stock (fka PA Power & Light) (see Part VIII) | B | Dividend | K | T | | | | | |
| 115. Talen Energy Corportion stock (see Part VIII) | A | Dividend | J | T | Spinoff (from line 114) | 06/01/15 | J | | |
| 116. Royal Dutch Shell PLC stock (see Part VIII) | B | Dividend | K | T | | | | | |
| 117. Verizon Communications Inc. stock (see Part VIII) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 04/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. "Positions":

Filer is co-trustee of a testamentary trust created by filer's step-mother for the principal benefit of step-mother's surviving brother. Other co-trusee is filer's spouse. Neither co-trustee is compensated, and neither trustee has any equitable interest whatsoever (remote, contingent, reversionary, or otherwise) in either the trust corpus or the trust income. Trust assets are all either shares in mutual funds or stock in Fortune 500 companies, as per lines 107-117 of Part VII of this Report and further explanation below.

Part VII. "Investments and Trusts":

Savings accounts and some investments automatically reinvest earnings, adding same to principal. Brokerage-relataed income is retained and reinvested. Assets in lines 107-117 are assets held by the trust that is referenced above and in Part I of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. ArmenJr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544